LUNDSCHIEN v. STATE.  (No. 3991.)

(Court of Criminal Appeals of Texas.  April 5, 1916.)

CRIMINAL LAW ⟳1095, 1102 — APPEAL — STATEMENT OF FACTS—BILLS OF EXCEPTION—TIME FOR FILING.

Statement of facts and bills of exception in a misdemeanor case, filed after the expiration of 20 days after the adjournment of the court trying the case, will be stricken on motion of the Attorney General.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2847; Dec. Dig. ⟳1095, 1102.]

Appeal from De Witt County Court; R. J. Waldeck, Judge.

E. C. Lundschien was convicted of willfully and maliciously killing a mule, and he appeals. Judgment affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted for willfully and maliciously killing a mule, the property of W. F. Lundschien, and his punishment assessed at a fine of $200.

Appellant was tried the 8th day of last October, and that term of court adjourned on October 23, 1915. The Assistant Attorney General has moved to strike out the statement of facts and bills of exception, because not filed within the time allowed by law. The motion is sustained, and the judgment is affirmed. De Friend v. State, 153 S. W. 881; Durham v. State, 155 S. W. 222.

The judgment is affirmed.